IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 7 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03119-BNB

ALI O. DAFIAH, and
MEBRAT E. AYELE

    Plaintiffs,

v.

GUARDSMARK LLC, and
T-MOBILE USA, INC.,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 7, 2011, at Denver, Colorado.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03119-BNB

Ali O. Dafiah and
Mebrat E. Ayele
c/o Nelson George Alston
Alston Law Firm LLC
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 7, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk