IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03119-WYD-MJW

ALI O. DAFIAH, and
MEBRAT E. AYELE,

      Plaintiffs,

v.

GUARDSMARK LLC, and
T-MOBILE USA, INC,

      Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated this 10th day of January, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03119-WYD-MJW

Nelson G. Alston
Alston Law Firm, LLC
Attorney's at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Guardsmark LLC and T-Mobile USA, Inc.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Guardsmark LLC and T-Mobile USA, Inc.: COMPLAINT FILED 12/22/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on January 11, 2011.

                                              GREGORY C. LANGHAM, CLERK

                                              By: _____
                                                              Deputy Clerk