Case 1:10-cv-03119-RBJ-MJW Document 41 Filed 10/03/11 USDC Colorado Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 10-cv-03119-RBJ-MJW

ALI O. DAFIAH, an individual, and
MEBRAT E. AYELE, an individual,

    Plaintiffs,

v.

GUARDSMARK, LLC., a Delaware limited liability company, and
T-MOBILE USA, INC., a Delaware corporation,

    Defendants.

---

**MINUTE ORDER** ( Docket No 35 )

---

THIS MATTER, having come before the Court upon the **UNOPPOSED MOTION FOR 30-DAY STAY, FOR EXTENSION OF DEADLINES (1) TO DISCLOSE EXPERT WITNESSES, (2) TO COMPLETE DISCOVERY, AND (3) TO FILE DISPOSITIVE MOTIONS, AND TO VACATE AND RESET FINAL PRETRIAL CONFERENCE**, and the Court, having reviewed the Motion and being fully advised of the premises therein, ORDERS as follows:

1. The Motion is GRANTED.

2. All discovery and other actions in this matter are stayed for an additional period of 30 days, to and including October 28, 2011.

3. The Court hereby extends (1) the deadlines to disclose affirmative expert witnesses to and including November 11, 2011 and to disclose rebuttal expert witnesses to and

2089414.1

including December 30, 2011, (2) the discovery cutoff to and including January 20, 2012, and (3) the deadline to file dispositive motions to and including February 29, 2012.

4. The Court vacates the February 1, 2012 final pretrial conference and will reset it for a date after February 29, 2012.

The Scheduling Order is amended accordingly.

Dated this 3rd day of October, 2011.

BY THE COURT

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2